CIVIL COURT OF THE CITY OF NEW YORK  
COUNTY OF NEW YORK  
----------------------------------X  

INDEX NO. L&T  79004/14

FM UNITED, LLC

          PETITIONER-LANDLORD

   AGAINST

CLAUDINNE FELICIANO  
27 W 16TH STREET        APT. 3A  
NEW YORK NY      10011

          RESPONDENT-TENANT(S)  
----------------------------------X

NOTICE OF DISCONTINUANCE

   PLEASE TAKE NOTICE, that pursuant to CPLR 3217(a)(1) Petitioner hereby discontinues the above-referenced proceeding without prejudice.

Dated: New York, New York  
      OCTOBER 02, 2014

                      Yours etc.,

                      BORAH, GOLDSTEIN, ALTSCHULER,  
                      NAHINS & GOIDEL, P.C.  
                      Attorneys for Petitioner  
                      377 Broadway  
                      New York, New York 10013  
                      (212) 431-1300

                      _____  
                      TODD I. NAHINS

TO: CLAUDINNE FELICIANO  
    Respondent-Tenant Pro-se  
    27 W 16TH STREET        APT. 3A  
    NEW YORK NY      10011

[Stamp: 2014 OCT -7 AM 9:56 CIVIL COURT NEW YORK COUNTY LANDLORD/TENANT]

BORAH,  
GOLDSTEIN,  
ALTSCHULER,  
NAHINS &  
GOIDEL, P.C.  
377 BROADWAY  
NY, NY 10013-3993  
(212) 431-1300

N69255

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

S. Ah, being duly sworn, deposes and says:

I am not a party to this action, I am employed by the law firm of BORAH, GOLDSTEIN, ALTSCHULER, NAHINS AND GOIDEL, P.C. I am over the age of 18 years and I reside in Queens, New York.

On October 3, 2014, I served the within: NOTICE OF DISCONTINUANCE upon:

CLAUDINNE FELICIANO
Respondent Pro-Se
27 W 16TH STREET        APT. 3A
NEW YORK NY             10011

the address designated by said person for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an offical depository under the exclusive custody of the United States Postal Service within the State of New York.

_____

Sworn to before me this
3rd day of October, 2014

_____
Notary Public

MIRIAN SALDANA
Notary Public, State of New York
No. 01SA6176118
Qualified in Kings County
Commission Expires October 29, 2015

Michelle Messer
Commissioner of Deeds
City of New York - No. 2-2059
Certificate Filed in New York County
Commission Expires April 1, 2015

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

Case No. N69255