```
              CORELOGIC SAFERENT
                 PO BOX 509124
               San Diego CA, 92150
                 1-888-333-2413
```

```
*****************************
*          NOTICE            *
*THIS IS NOT A LETTER OF     *
*DENIAL. UNDER NEW YORK LAW, *
*WHEN PUBLIC RECORD INFORMA- *
*TION IS REPORTED, THE       *
*CONSUMER MUST BE NOTIFIED.  *
*****************************
```

JULY 22, 2015

CLAUDINNE FELICIANO,
27 W 16
NEW YORK, NY 10011

Dear CLAUDINNE FELICIANO,

CoreLogic SafeRent, a consumer reporting agency with its principal place of business located in Maryland, has reported the below information, as filed, from the public record to the party listed below. The reported record, as with all public records, is available to the public. Therefore, if the information does not pertain to you or contains any error, it is important that any inaccuracies be corrected.

If you believe the below information does not pertain to you or is inaccurate and wish to dispute it, please contact our Automated Consumer Relations Line toll free at 1-888-333-2413 and follow the instructions provided. If you have no dispute with the accuracy of the information but wish to have a 100 word statement attached to your file, please send your statement with a copy of this notice to: CoreLogic SafeRent, Attn: Consumer Relations; PO Box 509124, San Diego CA, CA 92150

Information Reported to:

| | |
|---|---|
| Name: | Hunter's Point South Commons-NHOP |
| Address: | 1-50 50th Ave & 1-55 Borden Ave. |
| | LIC, NY 11101 |
| Phone: | 212-987-6445 |
| Request Date: | 07/21/2015 |
| | |
| Source: | NEW YORK MANHATTAN |
| Case Number: | LT-079004-14/NY |
| File Date: | 09-2014 |
| Defendant: | CLAUDINNE FELICIANO |
| Address: | 27 W 16TH ST |
| | NEW YORK NY 10011 |
| Plaintiff: | FM UNITED |
| Disposition: | *CASE FILED |

Sincerely,
Consumer Relations Department

NA678:NB351796