# KLAFTER OLSEN & LESSER LLP
## ATTORNEYS AT LAW

Two International Drive • Suite 350 • Rye Brook, NY 10573
914-934-9200 • Fax 914-934-9220 • www.klafterolsen.com

October 31, 2018

*So ordered*
*10-31-18*
*A.K. Hellerstein*

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Feliciano v. Corelogic Rental Property Solutions, LLC,*
Case No. 1:17-cv-5507 (AKH) SDNY

Dear Judge Hellerstein:

Pursuant to Your Honor's Individual Rule 1(D), the parties jointly request an extension of the briefing schedule for class certification, which was set by the Court on October 16. Currently, Plaintiff's moving brief is due on December 15, 2018, the response is due on January 11, 2019 and the reply is due on January 18, 2019. In light of the logistics of scheduling a number of depositions in light of the schedules of counsel and the implicated witnesses, the parties jointly request that the briefing schedule be extended as follows: motion for class certification due on December 28, 2018, response due on February 1, 2019, and the reply due on February 8, 2019. No other dates, including the close of discovery, will be affected by the modest requested extension of 13 days to file the opening motion.

The parties previously requested an extension of all discovery dates by letter dated September 18, 2018, however, the request did not comply with Your Honor's Individual Rule 1(D) and was denied on that date.

Thank you for your consideration of this application.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/18
```

Respectfully submitted,

*[signature]*

Seth R. Lesser

cc: All Counsel of Record (*via* e-mail)