UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x   Case No. 17-CV-05507 (AKH)
CLAUDINNE FELICIANO,
Individually and on behalf of all others
similarly situated,

                Plaintiff,

                          ORAL ARGUMENT REQUESTED

    -against-

CORELOGIC SAFERENT, LLC,
a/k/a CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

                Defendant.
---------------------------------------------------------------x

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and this Court's Scheduling Order, ECF No. 33, Plaintiff Claudinne Feliciano ("Plaintiff") moves this Court to: (a) certify this action as a class action; (b) appoint Plaintiff as class representative; and (c) designate the undersigned as class counsel (the "Motion").

The grounds for this Motion are set forth in detail in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Class Certification, and are supported by the Declarations of Seth R. Lesser, Esq., Margarita Abadie and William Yates, and the exhibits attached thereto.

Dated: Rye Brook, New York
        January 18, 2019

                                      Respectfully submitted,

                                      KLAFTER OLSEN & LESSER LLP

                                      _/s/ Seth R. Lesser_____

                                      Seth R. Lesser
                                      Alexis Castillo

1

        Two International Drive, Suite 350
        Rye Brook, New York  10573
        (914) 934-9200

        FISHMANLAW, PC
        James B. Fishman
        305 Broadway, Suite 900
        New York, New York  10007
        (212) 897-5840

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, I electronically filed: (i) Plaintiff's Motion for Class Certification; (ii) Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Class Certification; (iii) the Declaration of Seth R. Lesser and the accompanying exhibits; (iv) the Declaration of Margarita Abadie and the accompanying exhibits; and (v) the Declaration of William Yates and the accompanying exhibits, with the Clerk of the District Court using the CM/ECF system, which electronically sends notice to all counsel of record, as set forth below:

> Amanda L. Genovese
> Ronald I. Raether, Jr.
> Timothy J. St. George
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> Richmond, VA 23219
> Tel:  (804) 697.1254
> Email: amanda.genovese@troutmansanders.com
>         ron.raether@troutman.com
>         tim.st.george@troutman.com

Dated: Rye Brook, New York
       January 18, 2019

>                         Respectfully submitted,
>
>                         KLAFTER OLSEN & LESSER LLP
>
>
>                         /s/Seth R. Lesser
>                         Seth R. Lesser
>                         Alexis Castillo
>                         Two International Drive, Suite 350
>                         Rye Brook, New York  10573
>                         (914) 934-9200
>
>                         FISHMANLAW, PC
>                         James B. Fishman
>                         305 Broadway, Suite 900
>                         New York, New York  10007
>                         (212) 897-5840