TABLE OF DECLARATIONS AND EXHIBITS

| **DECLARATION OF SETH R. LESSER** ||
|---|---|
| Exhibit No.1 | Excerpts from the deposition transcript of the Plaintiff Claudinne Feliciano |
| Exhibit No.2 | Excerpts from the deposition transcript of Autumn DeLoatche, an employee of the Defendant. |
| Exhibit No.3 | Excerpts from the deposition transcript of Janet Ernst, an employee of the Defendant. |
| Exhibit No.4 | Excerpts from the deposition transcript of Naeem Kayani, an employee of the Defendant. |
| Exhibit No.5 | Excerpts from the deposition transcript of Jeremy Harrison, and employee of Related Management. |
| Exhibit No.6 | Excerpts from the deposition transcript of Todd Nahins, the attorney for Plaintiff's prior landlord who commenced a Housing Court proceeding against her in 2014. |
| Exhibit No.7 | Excerpts from the deposition transcript of Courtney Johnson, and employee of LexisNexis Data Resources, Inc, |
| Exhibit No.8 | Copy of a document produced by Defendant bearing Bates-numbers CLF000086-94. |
| Exhibit No.9 | Copy of an e-mail produced by Defendant bearing Bates-numbers CLF000151-52, and labeled "CONFIDENTIAL." |
| Exhibit No.10 | Copy of an e-mail chain produced by Defendant bearing Bates-numbers 000158-62, and labeled "CONFIDENTIAL." |
| Exhibit No.11 | Copy of a document produced by Defendant bearing Bates-numbers CLF000169-245, and labeled "CONFIDENTIAL." |
| Exhibit No.12 | Copy of an e-mail chain produced by Defendant bearing Bates-numbers CLF000259-261, and labeled "CONFIDENTIAL." |
| Exhibit No.13 | Copy of an e-mail chain produced by Defendant bearing Bates-numbers CLF000264-266, and labeled "CONFIDENTIAL." |
| Exhibit No.14 | Copy of an e-mail chain produced by Defendant bearing Bates-numbers CLF000294-299, and labeled "CONFIDENTIAL." |
| Exhibit No.15 | Copy of an e-mail chain produced by Defendant bearing Bates-numbers CLF000365-66, and labeled "CONFIDENTIAL." |
| Exhibit No.16 | Copy of a spreadsheet identifying Housing Court proceedings in which the disposition of each case was described as "Case Filed", in consumer reports provided to by the Defendant to its landlord customers during the class period, which was produced by Defendant, bears the Bates-number CLF001272, and is labeled "CONFIDENTIAL." |
| Exhibit No.17 | Copy of a document bearing the Bates-numbers CLF001291-94, and labeled "CONFIDENTIAL." |

TABLE OF DECLARATIONS AND EXHIBITS

| | **DECLARATION OF SETH R. LESSER** |
|---|---|
| Exhibit No.18 | Copy of a spreadsheet bearing the Bates-number CLF001295, and labeled "CONFIDENTIAL." |
| Exhibit No.19 | Copy of the Notice of Petition and Petition from the New York City Housing Court case filed against Plaintiff, produced by Plaintiff bearing Bates-numbers FELICIANO 0001-2. |
| Exhibit No.20 | Copy of a letter dated July 22, 2015 from CoreLogic Saferent to Plaintiff, which was produced by Plaintiff and is Bates-numbered FELICIANO 0007-9. |
| Exhibit No.21 | Copy of a letter dated July 27, 2015 from Hunter's Point South Leasing, produced by Related Management in response to a subpoena issued by Defendant and is Bates-numbered RELATED000014-15. |
| Exhibit No.22 | Copy of Defendant's contract with the Office of Court Administration ("OCA") and correspondence related thereto, as produced by the OCA in response to a subpoena issued by Plaintiff, which are Bates-numbered OCA00001-5, 00035-36. |
| Exhibit No.23 | Copy of a certified copy of the Notice of Discontinuance of the New York City Housing Court proceeding commenced against the Plaintiff, produced by the OCA in response to a subpoena issued by Plaintiff and is Bates-numbered OCA000042. |
| Exhibit No.24 | Copy of a certified copy of the Stipulation of Discontinuance With Prejudice in the Housing Court proceeding, produced by the OCA in response to a subpoena issued by Plaintiff and is Bates-numbered OCA 000046. |
| Exhibit No.25 | Copy of a New York Times article titled, "On the List, and Not in a Good Way," by Julie Satow, dated October 16, 2014, which can be accessed using the following link: https://www.nytimes.com/2014/10/19/nyregion/a-tenant-blacklist-culled-from-tedium.html?_r=0. |
| Exhibit No.26 | Copy of a press release issued by Senator Liz Krueger on April 26, 2012, which can be accessed using the following link: https://www.nysenate.gov/newsroom/press-releases/liz-krueger/victory-tenants-sen-krueger-announces-courts-end-electronic-sale |
| Exhibit No.27 | Copy of Seth R. Lesser CV and a resume of Klafter Olsen & Lesser LLP. |
| Exhibit No.32 | Copy of Mr. Fishman's resume. |

TABLE OF DECLARATIONS AND EXHIBITS

| | **DECLARATION OF MARGARITA J. FRASER DE ABADIE** |
|---|---|
| Exhibit No.16 | Copy of a spreadsheet identifying Housing Court proceedings in which the disposition of each case was described as "Case Filed", in consumer reports provided to by the Defendant to its landlord customers during the class period, which was produced by Defendant, bears the Bates-number CLF001272, and is labeled "CONFIDENTIAL." |
| Exhibit No.28 | Screenshot of Ms. Feliciano's landlord tenant proceeding. |
| Exhibit No.29 | Spreadsheet of NYC Cases Reviewed by Margarita J. Fraser De Abadie, labeled as "CONFIDENTIAL." |
| Exhibit No.31 | Spreadsheet of all Cases Reviewed, labeled as "CONFIDENTIAL." |
| | **DECLARATION OF WILLIAM YATES** |
| Exhibit No.16 | Copy of a spreadsheet identifying Housing Court proceedings in which the disposition of each case was described as "Case Filed", in consumer reports provided to by the Defendant to its landlord customers during the class period, which was produced by Defendant, bears the Bates-number CLF001272, and is labeled "CONFIDENTIAL." |
| Exhibit No.30 | Spreadsheet of NYC Cases Reviewed by William Yates, labeled as "CONFIDENTIAL." |
| Exhibit No.31 | Spreadsheet of all Cases Reviewed, labeled as "CONFIDENTIAL." |