# EXHIBIT 1

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

CLAUDINNE FELICIANO,

                    Plaintiff,

                                        Index No.

    -against-              17-CV-055507 (AKH)


CORELOGIC SAFERENT, LLC,

a/k/a CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,


        MS. CASTILLO:  Defendant.

------------------------------------------x


            Deposition of CLAUDINNE FELICIANO

            Wednesday, November 28, 2018

                New York, New York


REPORTED BY:  Aline Akelis

Job No. 11659

24

1                    Claudinne Feliciano

2        A     Not necessarily.  It was a,

3    noticed that there was a case filed.  I

4    did not know what that meant.

5        Q     Let me unpack this a little

6    bit and make sure I understand.  By the

7    time that you reached, when you reached

8    out to the labor attorney, when was

9    that approximately, do you recall?

10       A     Sometime in, I think now 2015

11   perhaps.

12       Q     I'll represent to you that

13   when we talk about the housing court

14   action, and we'll look at some

15   documents, it's my understanding that

16   that action was filed in 2014; does

17   that sound correct to you?

18       A     I don't know.

19       Q     When you reached out to the

20   labor attorney in approximately 2015,

21   at that point in time had you received

22   a copy of a document that showed the

23   case that you reference as being open?

24       A     Did I receive a copy of a

25   document that showed that there was a

25

1                    Claudinne Feliciano

2    case opened against me?

3         Q    Yes.

4         A    I'm sorry, I'm not sure I

5    understand.

6         Q    It's no problem.  Let me

7    rephrase.

8              You mentioned that you

9    reached out to this labor attorney

10   because you saw that -- I assume you're

11   referring to a document.  Is that

12   correct?

13        A    Yes.

14        Q    What was that document?

15        A    It was one from CoreLogic

16   that showed, at the bottom, it had my

17   name and it had this [deposition] that

18   says "case filed."

19        Q    And that's what prompted you

20   to reach out --

21        A    Correct.

22        Q    -- labor attorney.

23             Just another thing for the

24   record.

25             It's helpful for the court

41

1                    Claudinne Feliciano

2    that.

3              Do you have any understanding

4    of whether or not you're seeking to

5    represent individuals who live in the

6    state of New York or who live outside

7    of the state of New York?

8              MR. FISHMAN:  Object to the

9         form.

10        A    I don't know.

11        Q    Do you know if there is more

12   than one class that you're seeking to

13   represent?

14             MR. FISHMAN:  Object to the

15        form.

16        A    I don't know.

17        Q    Now, you say that you

18   understand that you're serving as a

19   class representative, correct?

20        A    Correct.

21        Q    What's your understanding of

22   your role as the class representative?

23             MR. FISHMAN:  Object to the

24        form.

25        A    To act in the class' best

42

1              Claudinne Feliciano

2    interest and to be here and be made

3    available for my attorneys, for the

4    deposition and any other appearances or

5    tasks that might be associated, too.

6         Q    Was it your testimony earlier

7    that you first came to interact with

8    Mr. Fishman in 2015; is that correct?

9         A    Correct.

10        Q    Do you know when this

11   lawsuit, the one that you currently

12   have pending against CoreLogic, do you

13   know when that was filed?

14        A    The exact date?

15        Q    To the best of your

16   recollection.

17        A    I'd have to confirm with

18   Mr. Fishman as to exactly when he filed

19   it.

20        Q    Do you know if it was this

21   past year?

22             MR. FISHMAN:  I'm sorry, do

23        you mean past year, the year prior

24        to this year or this current year?

25             MR. ST. GEORGE:  I mean this

58

1                    Claudinne Feliciano

2    apartment?

3        A    Yes.

4        Q    When did you leave the

5    West 16th Street apartment?

6        A    That was in, circa July 2014.

7        Q    When you left the West 16th

8    Street apartment in July of 2014, you

9    moved in with your parents in the

10   Valley Cottage residence; is that

11   right?

12       A    Correct.

13       Q    And you were living with your

14   parents in the Valley Cottage residence

15   as of July of 2015.

16       A    Correct.

17       Q    How long had you lived at the

18   West 16th Street address at the time

19   that you moved out?

20       A    Eight years.

21       Q    Why did you move?

22       A    Rent increase.

23       Q    What was the nature of the

24   rent increase?

25       A    They wanted for another two

59

```
 1                  Claudinne Feliciano
 2   years close to 3,000 a month.
 3        Q    What were you paying at the
 4   time that you moved out?
 5        A    Circa 2,400.
 6        Q    They wanted an approximately
 7   $600 increase in rent per month.
 8        A    Yeah.
 9             MR. ST. GEORGE:  You should
10        all move to Richmond, by the way.
11        $3,000 a month might buy you a
12        city block.
13        Q    So the rent increase prompted
14   you to move.
15        A    Correct.
16        Q    When you moved in with your
17   parents, were you paying any rent at
18   that time?
19             MR. FISHMAN:  Object to the
20        form.  Are you asking her if she
21        paid rent to her parents?
22        Q    I'm just asking if you paid
23   rent when you moved in with your
24   parents.
25        A    No.
```

70

```
 1                  Claudinne Feliciano
 2    it correct that while you were living
 3    with your parents you actually did
 4    apply to an apartment complex called
 5    Hunter's Point?
 6              MR. FISHMAN:  Object to the
 7         form.
 8         A    I applied there while I was
 9    still -- no, you're right.
10              No, you're not right.  I
11    applied -- that's why there's something
12    wrong with the timeline.
13              I was still in my 27
14    West 16th Street apartment when I
15    applied at Hunter's Point.
16         Q    Do you recall when you
17    applied at Hunter's Point?
18         A    It was through the lottery.
19         Q    Explain to me what that
20    means, as a non-New Yorker.
21         A    There's a New York state
22    lottery that you can go to for,
23    essentially, rent, affordable housing
24    like rent-stabilized apartments.
25              And it's a number of
```

71

1                    Claudinne Feliciano

2    different apartment complexes

3    throughout the city.  And it's income

4    qualified, so based on your income they

5    also, you qualify for a specific rent.

6    And Hunter's Point came up as having,

7    as now accepting applications.

8         Q    So is it now your testimony

9    that you were living at the West 16th

10   Street apartment at the time that you

11   applied to Hunter's Point?

12        A    Through the lottery, correct,

13   yes.

14        Q    When did you apply to

15   Hunter's Point?

16        A    So that had to have been

17   right before I moved out, May, June,

18   time frame.

19        Q    What year?

20        A    Yeah, it had to have been

21   then.  If I moved out in 2014, then

22   May, June of 2014.

23        Q    Let me ask about that

24   application.

25             What do you recall about the

73

1                    Claudinne Feliciano

2    You don't know if you're going to be --

3    it's literally, you're kind of throwing

4    your name in a basket and hoping that

5    it gets picked.

6        Q    Okay.  So you went online and

7    submitted the application to Hunter's

8    Point.  Were you then contacted by

9    Hunter's Point?

10       A    No.  I went online and just

11   clicked that I would like to be entered

12   into the lottery.

13       Q    Tell me what happened after

14   that.

15       A    Hunter's Point contacted me

16   and asked me to submit documentation

17   for the application.

18           MR. FISHMAN:  Excuse me, off

19       the record for one second.

20           (Brief discussion off the record.)

21       Q    Hunter's Point reached out to

22   you and asked you to submit an

23   application; is that correct?

24       A    They requested documentation

25   from me.

74

1                    Claudinne Feliciano

2      Q     What type of documentation,

3   if you recall?

4      A     I believe bank statements,

5   employment confirmation.  I don't

6   recall the full list, but just the

7   generic documentations that are usually

8   requested at the time of a rental

9   application.

10      Q     What type of unit, if there

11   was a specific type of unit at that

12   point in time, what type of unit were

13   you seeking to apply to rent at

14   Hunter's Point?

15      A     Studio to one bedroom.  It

16   would be whatever I income-qualified

17   for.

18      Q     What amount of rent were you

19   hoping to pay or could you afford at

20   that point in time?

21      A     It was circa, around a little

22   less than 2,000 for these units, from

23   what I remember.

24      Q     Skipping ahead just briefly,

25   do you recall what rent you were paying

75

1                    Claudinne Feliciano

2    for the Forest Hills residence?

3         A    Forest Hills was 2,000.

4         Q    Is it fair to say that the

5    rent you paid at Forest Hills and the

6    rent that you were potentially going to

7    pay at Hunter's Point was pretty

8    equivalent?

9              MS. CASTILLO:  Object to the

10        form.

11        A    Yes.

12        Q    Again, you did not pay rent

13   during the period of time you lived

14   with your parents.

15        A    No.

16        Q    So after you submitted the

17   documentation to Hunter's Point that

18   you've described, what happened next?

19        A    After I submitted the

20   documentation to Hunter's Point, I

21   received notification that I was not, I

22   did not get the apartment.

23        Q    Do you recall how you

24   received that notification; was it a

25   letter, an e-mail, or a phone call?

76

1                    Claudinne Feliciano

2        A     I don't remember.

3        Q     Did you ever go and tour

4    Hunter's Point and see any of the

5    units?

6        A     No.

7        Q     Do you recall if you ever had

8    any telephone conversation with anyone

9    at Hunter's Point or whether you

10   communicated electronically?

11       A     At the time of the...

12       Q     At the time of the

13   application.

14       A     Well, via e-mail when they

15   were requesting the documents.

16       Q     So you did not communicate by

17   phone, it was done by e-mail.

18       A     From my recollection.

19       Q     What did you do after you

20   received notice from Hunter's Point

21   that you did not, that you would not be

22   able to rent an apartment there?

23       A     I applied for another place

24   at Rego Park.

25       Q     Where is Rego Park?

77

```
 1                    Claudinne Feliciano
 2       A    In Queens.
 3       Q    Was that also through the
 4  lottery?
 5       A    No.
 6       Q    Were there other places other
 7  than, besides Hunter's Point that you
 8  could have applied to through the
 9  lottery?
10       A    Yes, but none of them
11  selected me.
12       Q    I see.  So the apartment
13  complexes have to reach out to you --
14  let me rephrase that.
15            As a result of the lottery,
16  you submitted inquiries to a number of
17  apartment complexes.
18       A    Correct.
19       Q    Do you recall how many?
20       A    No.
21       Q    Is it your testimony that
22  Hunter's Point is the only one that
23  responded to your inquiry?
24       A    Correct.
25       Q    Do you know whether or not
```

78

```
 1                    Claudinne Feliciano
 2    you would have been eligible to -- let
 3    me rephrase.  I'm not sure -- I just
 4    don't understand how the lottery works.
 5            Do you receive a type of rent
 6    subsidy as a result of the lottery?
 7       A   I don't know.  For Hunter's
 8    Point, for this application, my
 9    understanding is that I would based on
10    my income be eligible for rent,
11    rent-stabilized.
12       Q   So it's your understanding
13    that you would have been eligible for
14    rent-stabilized housing and that you
15    would have paid a certain amount of
16    rent each month at Hunter's Point.
17       A   Correct.
18       Q   Let's talk about Rego Park.
19            So after you were turned down
20    by Hunter's Point you said that you
21    applied at Rego Park in Queens,
22    correct?
23       A   Correct.
24       Q   What was the result of that
25    application?
```

79

1                    Claudinne Feliciano

2        A    Denied.

3        Q    Do you know why?

4        A    From my recollection it was

5   due to adverse report, tenant report.

6        Q    Do you have any documents

7   that you received from Rego Park?

8        A    No.

9        Q    Do you recall the specific

10  amount of rent that you were seeking to

11  pay at Rego Park?

12       A    I can give you a ballpark.  I

13  believe it was around eighteen-

14  to 1900.  I don't recall exact.

15       Q    Okay.  So apart from Hunter's

16  Point and Rego Park, were there any

17  other applications that you can recall

18  submitting at the time that you were

19  still living at the West 16th Street

20  apartment complex?

21       A    No.

22       Q    After you were denied by

23  Hunter's Point and Rego Park, I take it

24  that you made the decision to move in

25  with your parents.

88

1                    Claudinne Feliciano

2        A    Correct, correct.

3        Q    It lists your annual salary

4    as $99,000; was that correct?

5        A    Yes.

6        Q    At the time that you were

7    denied or you heard back from Hunter's

8    Point that you weren't going to be able

9    to rent the apartment there, you

10   mentioned that you received some form

11   of documentation from Hunter's Point;

12   is that right?

13       A    I don't recall how I got the

14   notification.  I don't remember how I

15   got the notification that I was denied.

16       Q    Do you recall any specifics

17   that were provided by Hunter's Point as

18   to why you had been denied?

19       A    No.

20       Q    Did you ever have any

21   conversations after that with Hunter's

22   Point about why you had been denied?

23       A    After I had, I did.  I had a

24   conversation with Hunter's Point after

25   I had chatted with James.

89

1                    Claudinne Feliciano

2      Q    Do you recall when that was?

3      A    No.

4      Q    Do you recall if it was

5   in 2015 or 2016?

6      A    No.

7      Q    What was that conversation

8   that you had with Hunter's Point?

9      A    I called to request an

10  adverse action letter.

11     Q    What did they say, what did

12  Hunter's Point say in response to that

13  request?

14     A    That they would mail me an

15  adverse action letter.

16     Q    Did they do so?

17     A    Yes.

18     Q    Did you review that letter?

19     A    Yes.

20     Q    What did it say, if you

21  recall?

22     A    I remember it being generic,

23  just saying that there was -- what's

24  the word for it -- inconsistencies on

25  my credit report, something or other

90

 1                    Claudinne Feliciano

 2   like that.  Again, very generic

 3   paraphrasing because I do not remember

 4   exact wording.

 5        Q    I'm going to hand you what

 6   I'll have marked as Exhibit 3.

 7             (Exhibit 3, Hunter's Point South

 8        Leasing letter, July 27, 2015, 2 pages,

 9        marked for identification as of this

10        date.)

11        Q    Do you recognize this

12   document, Ms. Feliciano?

13        A    Yes.

14        Q    Is this a copy of the letter

15   that you received from Hunter's Point

16   after you reached out to Hunter's

17   Point?

18        A    It looks like it.

19        Q    The date at the top says

20   July 27, 2015, do you see that?

21        A    Yes.

22        Q    Do you recall if that is the

23   period of time when you reached out to

24   Hunter's Point?

25        A    No.

91

1                    Claudinne Feliciano

2      Q    Why do you say that?  When

3   had you reached out to Hunter's Point?

4      A    It was after I had chatted

5   with James.  So he asked he if I had

6   received such a copy, and I said no.

7          But this looks like what I

8   was subsequently mailed after I had the

9   follow-up conversation with Hunter's

10  Point.  And I don't remember when that

11  was exactly.

12     Q    Do you know if it would have

13  been multiple months after July

14  of 2015?

15     A    Yes, most likely because I

16  didn't see James right away, right.

17     Q    Approximately how long after

18  you applied to Hunter's Point did it

19  take you to meet with Mr. Fishman?

20     A    I don't recall.  I don't

21  recall our first meeting.

22     Q    Do you know if it was a year

23  or more after you were denied with

24  Hunter's Point?

25     A    I don't think it was more

92

1                    Claudinne Feliciano

2    than a year because I was already

3    moving into Forest Hills.

4              I don't know, I don't

5    remember.

6         Q    Is it fair to say it was some

7    period of months afterward, at least

8    two months or more?

9         A    I'm comfortable with at least

10   two months or more.  Anything other, I

11   don't know.

12        Q    Even though this document is

13   dated July 27, 2015, it's your

14   testimony that you didn't receive a

15   copy of this document at that date, you

16   received it at least two months later

17   after you reached out to Hunter's

18   Point.

19        A    Correct.

20        Q    If you look at the document,

21   you see that the box, you see that it

22   says, "Dear applicant, we are sorry to

23   inform you that your application has

24   been rejected.  You have not met the

25   standard screening criteria established

171

1                    Claudinne Feliciano

2    had other than speaking?

3         A    E-mail.

4         Q    Do you know how many times we

5    e-mailed each other, you to me, you to

6    me and Ms. Castillo, Ms. Castillo just

7    to you, or any combination?

8         A    Various.  I mean, there were

9    numerous times.

10        Q    Do you remember how many

11   times we have communicated since the

12   very first time we met, either on the

13   phone, in person, or e-mail?

14        A    A number.

15        Q    Approximately.

16        A    Over a dozen times.  I mean,

17   really, yeah, between e-mail and office

18   visits, we've been in communication,

19   constant communication.

20        Q    Thank you.  I also want to go

21   over some things you mentioned earlier

22   about your understanding of your role

23   as the class representative and the

24   seriousness to which you take that

25   role.  Can you describe that?

Claudinne Feliciano                                   11/28/2018

172

1                    Claudinne Feliciano

2        A    I'm prioritizing my role here

3    with the utmost importance.  I take

4    this, this position very seriously.

5    And I understood what I was signing up

6    for at the beginning.

7        Q    Are you prepared to do

8    whatever is reasonably asked of you in

9    connection with your role as class

10   representative?

11            MR. ST. GEORGE:  Object to

12       form.

13       A    Yes.

14       Q    You also were asked before

15   about being able to travel to New York

16   for a trial.

17       A    Mm-hmm.

18       Q    And you stated that you would

19   prioritize it.  Can you tell us what is

20   involved with you doing that and being

21   able to do that, and do you see any

22   difficulty in doing that?

23            MR. ST. GEORGE:  Object to

24       form.

25       A    I don't, I don't actually see

173

1                    Claudinne Feliciano

2    any difficulty in that.  You know, like

3    I said before, I'm prioritizing my

4    responsibilities here.  With, you know,

5    reasonable notice, I should be able to,

6    you know, organize my work schedule and

7    come out.

8            I don't have a position where

9    I necessarily have to request

10   permission to travel or take vacation.

11   I'm not on an operational schedule

12   where there are specific blackout

13   dates.

14           So there's nothing that would

15   impede me from being able to carry out

16   my responsibilities and be present for

17   a time frame with reasonable notice.

18       Q   Other than traveling back to

19   New York, assuming you're still in

20   London at the time, if there's a trial

21   of the case, do you see any other

22   issues that could impair or impede your

23   ability to fully serve as a class

24   representative in this lawsuit?

25       A   No.

Claudinne Feliciano                    11/28/2018

174

1                    Claudinne Feliciano

2        Q    I know that there was a fair

3    amount of discussion about a timeline

4    and when you were living in different

5    places, that you raised a number of

6    times that you were not 100 percent

7    certain or clear of the timeline as to

8    when you left the West 16th Street

9    apartment.  Have you had an opportunity

10   to refresh your recollection about that

11   timeline?

12       A    Yes.

13       Q    What's your testimony as to

14   when you left, when you moved out of

15   the West 16th Street apartment?  When

16   did that occur?

17       A    July of 2015.

18       Q    July of 2015?

19       A    Yes.

20       Q    Where did you move to from

21   there?

22       A    My parents' house.

23       Q    And you stayed with your

24   parents until when?

25       A    November of 2016.

175

1                      Claudinne Feliciano

2        Q     So based on that timeline,

3   you were with your parents for about 16

4   or 17 months.

5        A     Yes.

6        Q     During the period that you

7   lived at West 16th Street, was

8   FM United always the landlord or did it

9   change?

10       A     We had changes to the name of

11  the company that we should write out

12  our checks to, yes.

13       Q     Who did you make the rent

14  payments to?

15       A     It would be FM United in this

16  case.  I forgot the name prior to when

17  I first entered the apartment.

18       Q     So sometime after you first

19  moved into the apartment, the name on

20  the check that you were told to write

21  changed?

22       A     Correct.

23       Q     Do you know how long after

24  you moved in did that happen?

25       A     Probably, at least, probably

176

1                     Claudinne Feliciano

2    into my second, my first renewal.

3         Q     How many separate leases did

4    you sign for that apartment?

5         A     Three.

6         Q     Would that be the initial

7    lease -- when you first moved in, would

8    that be lease number one?

9         A     Correct.

10        Q     When was lease number two?

11        A     It was two-year leases.  So

12   that would be '08, '09, '10, '11, so

13   that would be from '12, '13.  So that

14   would be from 2012 and then again in

15   twenty -- I'm sorry.  2008, 2011 and

16   then the last one before I left which I

17   would have signed circa 2014.

18             They're not calendar years,

19   right, because I would have -- if I

20   signed the lease in August of 2008 then

21   it would have been until August

22   of 2009, August of 2010.  And then I

23   would have signed my new lease upon

24   that for another two years, and then

25   another two years.

177

1                    Claudinne Feliciano

2      Q    So your first renewal would

3  have been in 2010.

4      A    Yes.

5      Q    Then your second renewal was

6  in 2012.

7      A    Correct.

8      Q    Were you offered renewal

9  leases each time, or did you ask for

10  them, or how did that happen?

11      A    They were provided.  They

12  mailed to me my renewal.

13      Q    What was the mechanism or

14  procedure you used to pay your rent

15  during the period you lived at West

16  16th Street, and if that changed would

17  you tell us how it changed.

18      A    Primarily via check.  And

19  then I did start doing Chase online

20  pay.  This didn't work out very well,

21  as I soon found out that the landlord

22  did not accept the online payment.  But

23  Chase did not credit the money back to

24  my account.

25      Q    Let's take it step by step.

Claudinne Feliciano                    11/28/2018

178

1                    Claudinne Feliciano

2    How did you set up this Chase online

3    pay process, and what steps did you

4    take to effectuate it?

5         A    How did I set it up?  Right

6    on Chase online.

7         Q    What did you do?

8         A    I went online and I put in

9    the name of my landlord, FM United,

10   their address; standard information

11   that the online form asks you.

12              Then you submit the amount

13   that you want to pay and then click,

14   send or okay or the magic button for it

15   to go out.

16        Q    What's your understanding as

17   to what occurred after you hit send or

18   okay; what was the process that then

19   took place?

20        A    Chase would debit it out of

21   my account.  The money, the funds are

22   no longer available on my account.  And

23   that they would send it to whomever I

24   would address them to send it.

25        Q    Would they actually create a

179

```
 1                   Claudinne Feliciano
 2   paper check and put it in the mail and
 3   mail it to whoever --
 4        A    I don't know.
 5        Q    -- or did it go some other
 6   way?
 7        A    I don't know.
 8        Q    How quickly after you hit
 9   okay or send did that money get debited
10   from your account?
11        A    Immediately.
12        Q    When did you start using that
13   mechanism to pay your rent?
14        A    I started using that
15   around 2014.
16        Q    Would you describe how that,
17   did it work as you wanted to or
18   something else?
19        A    No, it did not work.
20        Q    What was wrong with it and
21   what occurred?
22        A    Well, I was sending the
23   payment via, I sent it out multiple
24   months, actually.  And then it appears,
25   which I later found out from
```

180

1                      Claudinne Feliciano

2      conversations with the management

3      company that they hadn't accepted the

4      payment.

5              But that payment, as I stated

6      before, wasn't being credited back to

7      my account.  So it looks like the money

8      is gone.  But there's a gap in which

9      the other end wasn't receiving

10     it-slash-accepting it.

11             And so then it looked on the

12     record of the management company as

13     though I hadn't paid my rent.  But it

14     looked on my records as if I had.

15     Q    Mr. St. George asked you

16     earlier about being delinquent in the

17     rent.  What were you referring to in

18     response to those questions that he

19     asked you about when he used the word

20     "delinquent"?

21     A    If I was late, right, on my

22     rent payments.

23     Q    Did you attribute delinquency

24     to this problem you were having with

25     Chase Pay?  Was there any connection

Claudinne Feliciano                                    11/28/2018

181

1                      Claudinne Feliciano

2    between those two things or were they

3    separate?

4              MR. ST. GEORGE:  Object to

5         form.

6         A    I didn't think that I was

7    being delinquent with Chase Pay.  I

8    wouldn't include that.

9         Q    Did your landlord consider

10   you to be delinquent while you were

11   having problems with Chase Pay?

12        A    Yes.

13        Q    What, if anything, did you do

14   about that?

15        A    I called the landlord.

16        Q    What occurred?

17        A    I said that I had been using

18   Chase Pay and -- the management

19   company, I called and I've been using

20   Chase Pay and that I don't understand

21   because the money is not in my account.

22              And he said well we

23   haven't -- I don't exactly recall the

24   right word, if he said he wasn't

25   accepting it or they were rejecting it

182

1                    Claudinne Feliciano

2      or whatnot.  But the money, they

3      weren't taking the money for unknown

4      reason.

5             And then I said, okay, but

6      you're going to -- paraphrasing,

7      obviously -- you're going to have to

8      give me time now, because I have to

9      call Chase and ask them where my money

10     is, have them credit that to my

11     account, and then I'm going to have to

12     write you a check, because, in order to

13     sort this situation out.  They said,

14     okay, that's fine.

15            I did that.  I called Chase.

16     They credited my money.  I called the

17     management company back that and told

18     them that it was going to take X number

19     of days, 24 to 48 hours for them to

20     fully credit my bank account back,

21     standard process, and that I would mail

22     them a check for the amount owed.

23        Q    What year did all that occur,

24     in this conversation?

25        A    That was 2014.

186

1                    Claudinne Feliciano

2      Q    What do you understand now?

3      A    That they did not have to

4    renew my lease.

5      Q    Mr. St.George asked you

6    before about whether -- you described

7    that there was some stress related to

8    the situation with the Hunter's Point

9    application and denial.

10            Did that denial of that

11    apartment have any effect or impact on

12    your lifestyle or behavior?

13            I understand that

14    Mr. St. George asked if the stress

15    caused you to change your lifestyle or

16    behavior.  But I'm asking you a

17    different question.

18            Did the inability to rent

19    that apartment have any effect on your

20    life, your lifestyle, your behavior, or

21    anything related to your life?

22            MR. ST. GEORGE:  Object to

23        form.

24      A    Yes.  It made me alter my

25    lifestyle significantly.

187

1                   Claudinne Feliciano

2        Q     How is that?

3        A     Instead of living in the

4    city, essentially being able to walk to

5    work, I moved out to my parents' house;

6    incurred the cost to move out to my

7    parents' house; incurred the added cost

8    to commute; and then, of course,

9    incurred all the costs to continue

10   looking for apartments.

11             I did just only apply to

12   Forest Hills and luckily was able to

13   sort that out and get accepted.  But I

14   had gone on numerous apartment, looking

15   for various apartments throughout the

16   city.

17             And then, of course, the

18   added expense of having to move again

19   from my parents' place to the Forest

20   Hills apartment that I was ultimately

21   able to secure.

22             And then, of course,

23   throughout the time, just having, you

24   know, all of the costs associated with

25   having to commute in and out of the

188

```
 1                    Claudinne Feliciano
 2    city for work.  And also just
 3    lifestyle, right.  My friends are here,
 4    not in Rockland County.
 5         Q    Is there any difference
 6    between living in the city and living
 7    with your parents in terms of economic
 8    issues, expense of getting to work or
 9    to get anywhere else; can you describe
10    what that was like?
11              MR. ST. GEORGE:  Object to
12         form.
13         Q    For you economically.  Did it
14    have an economic impact on you?
15              MR. ST. GEORGE:  Object to
16         form.
17         A    The added expense of
18    traveling from the city, from upstate
19    New York into the city?
20         Q    I'm asking any kind of
21    economic expense you incurred or
22    experienced because you were not able
23    to rent that Hunter's Point apartment.
24         A    The added expense of my
25    commute.  The added expense of
```

189

1                        Claudinne Feliciano

2     continuing to search for apartments.

3          Q    Do you know how much the

4     added expense for the commute was?

5          A    Yeah, my ticket was a little

6     bit over $100 -- no, it was more than

7     that.  It was, I think up to almost 150

8     a month.

9          Q    As compared to, how much

10    would it have cost if you were living

11    at Hunter's Point and going to work

12    from there?

13         A    It would have just been the

14    Metrocard.

15         Q    I'm going to show you the

16    complete Exhibit 7, which is the

17    amended complaint that has the exhibits

18    attached.  I'm going to ask you to take

19    a look at that.  Do you have Exhibit 7?

20         A    Yes.

21         Q    And the pages attached at the

22    end?

23         A    I have these two documents.

24              MR. ST. GEORGE:  Those are

25         the two exhibits.

Claudinne Feliciano                                11/28/2018

193

1                    Claudinne Feliciano

2       Q     Did you ever go to court in

3    connection with that case; did you

4    physically ever go to the court in

5    connection with that case?

6       A     No.

7       Q     So you also testified earlier

8    that you applied to rent an apartment

9    in Forest Hills; do you remember the

10   name of that landlord?

11      A     Kaled Management Company.

12      Q     I believe you also testified

13   that there was initially a problem with

14   that application; is that correct, what

15   you said earlier?

16      A     Yes.

17      Q     What was the problem?

18      A     It was rejected.

19      Q     Why was it rejected?

20      A     There was, the feedback that

21   I got from the broker was that it

22   looked like there was some case that

23   was opened.  I said that's incorrect

24   and I e-mailed her the letter, the

25   letter that shows that it was the

194

1                    Claudinne Feliciano

2    expungement demand.

3        Q    Let me show you, I'm going to

4    ask you to take a look at Exhibit 5,

5    page 3 of Exhibit 5 which is Bates

6    stamped CLF 00078; do you recognize

7    that document?

8        A    Yes.

9        Q    What, if anything, did you do

10   with that document in connection with

11   the Forest Hills application?

12       A    This is the document I sent

13   to the broker and she forwarded it on

14   to the management company.

15       Q    And what, if anything,

16   occurred as a result of that?

17       A    My application was approved.

18       Q    How long after that did you

19   move in there?

20       A    Immediately.

21       Q    Were you given a lease?

22       A    Yes, for a year starting

23   November 1, circa.

24       Q    Of what year?

25       A    2016.