# EXHIBIT 3
# (To Be Filed Under Seal)

                                            Page 1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   --------------------------
    Claudinne Feliciano,         :
3                                :
        Plaintiff,               :
4                                :
          vs.                    :   Case No. 17-cv-5507
5                                :
    CoreLogic Rental Property    :
6   Solutions, LLC,              :
                                 :
7       Defendant.               :
    --------------------------

8

9        VIDEOTAPED DEPOSITION OF JANET ERNST
10

    DATE:           December 14, 2018
11

    TIME:           9:33 a.m. to 4:16 p.m.
12

    LOCATION:       Veritext Legal Solutions
13                  1250 I Street, Northwest
                    Suite 350
14                  Washington, D.C. 20005
15

16   REPORTED BY:  Felicia A. Newland, CSR
17
18
19
20
21
22

```
                                              Page 29
 1     I assume that's somebody who collecting criminal
 2     data, not somebody who was a criminal?
 3            A      That's correct.
 4            Q      Okay.
 5                   All right.  And so you then had three
 6     different areas that you were overseeing, correct,
 7     for field collection?
 8            A      That's correct.
 9            Q      And that was from starting in '11?
10            A      Yes, to the best of my recollection.
11            Q      And you did that until when?
12            A      Until 2017.
13            Q      Okay.  And then what occurred in 2017
14     that changed your duties?
15            A      In mid 2017, we determined that we
16     would acquire the data from an alternate source
17     instead of collecting it ourselves.
18            Q      And is that all this data, land
19     records, landlord/tenant and criminal?
20            A      It was land records and
21     landlord/tenant.
22            Q      Not criminal?
```

Page 30

1          A     No, we -- well, we had an alternate

2     source for that so...

3          Q     I see.



22    you didn't do, but what did you do?  What was

```
                                              Page 49
 1    your boss?
 2           A     I don't recall.
 3           Q     What was his title when he was your
 4    boss?
 5           A     He was senior leader data
 6    acquisition.
 7           Q     Is that the job you have now?
 8           A     Senior leader data sourcing.
 9           Q     I see.
10                 So is there a position called senior
11    leader data acquisition now at the company?
12           A     I don't know.
13           Q     Was that position eliminated when
14    Lexis took over landlord/tenant records?
15           A     I don't know.
16           Q     So you don't know if that position
17    exist anymore?
18           A     That's correct.
19           Q     And who do you report to now?
20           A     Idrees Muhammad.
21           Q     How do you spell that?
22           A     His first name is I-D-R-E-E-S, last
```







Page 69

Page 105

1    what they are without looking at the report.

2            Q       Okay.  Is it fair to say that New

3    York City is probably in the top two or three in

4    the country --

5            A       I would --

6            Q       -- at the very least?

7            A       I think that's fair to say, yes.

8            Q       If not the top one?

9            A       I would say it's within the top five.

10           Q       And so given that New York City is a

11   large source of records, it would be an important

12   place to be current, wouldn't it?

13           A       Yes.

14

15

16

17

18

19

20

21

22









Page 115









