# EXHIBIT 4
# (To Be Filed Under Seal)

```
                                                                   Page 1
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2
      ------------------------------------------------------------------
 3
      CLAUDINNE FELICIANO,               )
 4    Individually and on behalf of      )
      all others similarly situated,     )
 5                                       )
                      Plaintiff,         )
 6                                       )
         -against-                       )   Case No. 17-CV-05507 (AKH)
 7                                       )
      CORELOGIC SAFERENT, LLC            )
 8    a/k/a CORELOGIC RENTAL PROPERTY    )
      SOLUTIONS, LLC,                    )
 9                                       )
                      Defendant.         )
10
11
12    *******************************************************************
13                     VIDEOTAPED ORAL DEPOSITION OF
                               NAEEM KAYANI
14                           DECEMBER 6, 2018
15    *******************************************************************
16
17        VIDEOTAPED ORAL DEPOSITION OF NAEEM KAYANI, produced as a
18    witness at the instance of the Plaintiffs, and duly sworn, was
19    taken in the above-styled and numbered cause on the 6th day of
20    December, 2018, from 10:02 a.m. to 4:02 p.m., before June Pate,
21    CSR in and for the State of Texas, reported by machine shorthand,
22    at Veritext - Dallas, Texas, 600 North Pearl Street, Suite 2230,
23    Dallas, Texas, pursuant to the Federal Rules of Civil Procedure
24    and any provisions stated on the record.
25
```

```
                                                          Page 35
 1   clients' property management softwares that may display this
 2   information on their software.  So these three -- the same points
 3   as an industry standard is what the screening companies use and
 4   what property management companies expect.
 5       Q.    Okay.  Going back to the types of information that can
 6   appear in a report, is it fair to say that these particular types
 7   of information come from a variety of different sources and
 8   databases?
 9       A.    Correct.
10   ███ ██████████████████████████████████████████████████████████
11   ██████████████████████████████████████████████████████████████
12   ████████████████████████████████████
13                   ███████████████   ████████████████
14       ███ ██████████████
15       ███ ██████████████  ████████████████████
16       ███ ████████████████████████████████████████████████
17   █████████████████
18       ███ ██████████████████████████████
19       ███ ████████████████████████████████████████  ██████████
20   ██████████████████████████████████████████████████████████████
21   ███████ ████████████████████████████████████████████████████ █
22   ██████████████████████████████████████████████████████████████
23   ██████████████████████████████████████████████████████████████
24   ████████████████████████████████████████████  ████████████████
25       ███ ████████████  ████████████████
```





Page 64

```
1     Q.   So that would be referring to a person at the property
2  end of this as opposed to the RPS end of it; is that right?
3     A.   That is correct.
4     Q.   And the next line is Performed on.  What is that
5  referring to?
6     A.   The date that the report was requested and the time
7  stamp.
8     Q.   And is the report provided -- well, withdrawn.
9          How long after the user enters the required data
10 is the report provided?
11         MR. ST. GEORGE:  Object to form.
12    A.   In most cases, it's instant, with the exceptions where
13 if there is -- so on the criminal side, if there is data not
14 available and it requires a delayed search, then the report is put
15 on hold, but in most cases, it's instant.
16    Q.   (By Mr. Fishman)  Okay.  So would it be fair to say
17 that it's instant in all cases where there is not a criminal
18 record involved?
19    A.   Correct.
20    ███████████████████████████████████████████████████████
21 ████████████████████████████████████████
22    █  ████████████████████
23    █  ██████████████████████████████████████████████
24 █████████████████████████████████████████
25    █  ██████████████████████████████████████████████████
```









Page 92



Page 99

1  █ ████████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████████████████
4  ████████████████████████████████████████████
5  ██████████████████████████████  ██████████████
6  █  █
7  █  ████████████████████████████████████████
8  ██████████████████
9  █  ████████████████
10 █  ███████████████████████████████████████████
11 ██  ███████████████████████████████████████
12 █  █

13          **REQUESTED INFORMATION:**  _____

14  _____

15       Q.    So now with respect to the score...

16             MR. FISHMAN:  Well, I'm going to ask the reporter

17  if you will show the witness from the documents that were sent

18  down today, pages 1 through 4?  Can you do that?  They are

19  handwritten marked at the bottom of the page.

20             MR. ST. GEORGE:  James, in the future, if you're

21  going to show the witness exhibits, I would appreciate a copy,

22  especially ones that are not in the record already.  I will just

23  look over his shoulder for now, but --

24             MR. FISHMAN:  Yeah.  Sorry about that.  This was

25  something that came in at the last minute.  But you could make a