# EXHIBIT 6

                                                          **Page 1**

1

2  **UNITED STATES DISTRICT COURT**
3  **SOUTHERN DISTRICT OF NEW YORK**
4  **Civil #: 1:17-CV-5507(AKH)**
5   **- - - - - - - - - - - - - - - -x**
6  **CLAUDINNE FELICIANO,**
7                      **Plaintiff,**
8     **-against-**
9  **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,**
10                  **Defendant.**
11   **- - - - - - - - - - - - - - - -x**
12                     **305 Broadway**
                       **New York, NY 10007**
13
                       **December 20, 2018**
14                     **5:30 P.M.**
15
16     **EXAMINATION BEFORE TRIAL of TODD L.**
17  **NAHINS, a Non-Party Witness in the**
18  **above-entitled action, held at the above**
19  **time and place, taken before ANDREW**
20  **BAJANA, a Notary Public of the State of**
21  **New York, pursuant to order and**
22  **stipulations between Counsel.**
23
24             *     *     *
25

Page 13

1           NAHINS
2  2014, what, if anything, occurred with
3  respect to this case? Do you know?
4       A.    I believe she paid.
5       Q.    And let's have this marked as
6  Petitioner's or Plaintiff's 2, and that's
7  going to be bates number 6.
8             [The document was hereby marked
9        as Plaintiff's Exhibit 2 for
10       identification, as of this date.]
11      Q.    I'm going to show Exhibit 2 to
12 the witness. Can you tell us what that is?
13      A.    That is a notice of
14 discontinuance that was signed by me dated
15 October 2nd, 2014, and filed in the court
16 October 7th, 2014.
17      Q.    And what is the effect of the
18 document you just looked at?
19      A.    It terminates the action.
20      Q.    Okay, and how long after the
21 proceeding was filed did you sign this
22 notice of discontinuance?
23      A.    It was filed the --
24      Q.    Well, I asked --
25      A.    September 25th, 2014.

Page 16

1                    NAHINS
2       Q.     And do you know why the
3   discontinuance was filed so soon after the
4   case was filed?
5       A.     She paid the petition amount at
6   the very least.
7       Q.     And would this have been filed,
8   had she not paid what the landlord is
9   claiming was owed?
10      A.     No.
11      Q.     And do you know if the tenant
12  was -- Ms. Feliciano, do you know if she
13  was evicted from this apartment?
14      A.     Absolutely not.
15      Q.     You don't know or she was not?
16      A.     No, she was not.
17      Q.     Okay, do you know if she was
18  ever evicted from this apartment?
19      A.     I don't believe she was, no.
20      Q.     So, from what you're looking at,
21  is it fair to say that she was -- she
22  never appeared in court on this
23  proceeding?
24      A.     She definitely never appeared in
25  court.