# EXHIBIT 8

Lease Decision

Report Information

Transaction No. 0043955253

Property
NA678 - Hunter ' s Point South Commons-NHOP - LIC NY 11101

Performed by DCRESPO21

Performed on Tuesday July 21, 2015 / 11:14:55 EST

**LEASE DECISION - 505**



| Accept : | 600 - 800 |
| Accept with Conditions : | 550 - 599 |
| Decline : | 200 - 549 |



SCORE DECISION

**DECLINE**

Lease Agent Decision

The Agent Decision affects the entire transaction.

Decision Message - Decline



CRIMSAFE DECISION

**ACCEPT**

### Applicant 1

### Applicant Information

Applicant Name:CLAUDINNE FELICIANO

Monthly Income $7916

Phone 0000000000

Current Address
27 W 16, NEW YORK NY 10011

SSN: ***-**-3658

DOB 8/17/1979

Email CFELICIANO17@GMAIL.COM

Previous Address

### Lease information

Monthly Rent $1561

Total Income $7916/month

Marketing Source

Security Deposit $0

Lease Term 24 Month(S)

Client Reference (101101 ,YARDI SYSTEMS)

### Reports

**The following services were used in this transaction:**

ScorePLUSComplete

RegistryCHECKComplete

CrimSAFE - Search ReportAccept

Credit Report Address Information

Experian CreditComplete

Multi-state Criminal SearchSuppressed

### Letters
`

Adverse Action

Messages (4)

- Scanned by AppALERT.

- Property address: The City, State, Zip combination entered is invalid. City substituted to LONG IS CITY based on matching State and

- Prior to making leasing decision, always check criminal results.

- This applicant has been screened through the MSSO Search. Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website. Results associated with this, will reflect on CrimSAFE report.

**CLF000087**

**CLF000088**

| **SCOREPLUS REPORT** | | | August 28, 2017 |
|---|---|---|---|
| | | | 3 : 52 PM |
| **REPORT INFORMATION** | | | |
| Transaction No: | 0043955253 | Performed By: | DCRESPO21 |
| Performed On: | Tuesday July 21, 2015 / 11:15:1 EST | Property: | NA678 - Hunter ' s Point South Commons-NHOP |
| Request ID: | NB351796 | | |
| **APPLICANT INFORMATION** | | | |
| Name: | CLAUDINNE FELICIANO | SSN: | ***-**-3658 |
| Monthly Income: | $7916 | DOB: | 08/17/1979 |
| Phone: | 0000000000 | Email: | CFELICIANO17@GMAIL.COM |
| Current Address: | 27 W 16, NEW YORK NY 10011 | Previous Address: | |
| **YOUR COMMUNITY'S DECISION** | | | |
| Applicant Decision: | DECLINE - 505 | | |
| | Decline | | |

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY. QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY.

**ALERT INFORMATION**

Refer to your management company's policy for handling of specific alerts.

**SCORE ATTRIBUTE**

If improved, the following items could positively impact this applicant's score.

** Credit

** Application Data

| **LEASE INFORMATION** | | | |
|---|---|---|---|
| Monthly Rent: | $1561 | Security Deposit: | $0 |
| Total Income: | $7916 | Lease Term: | 24 Month(S) |
| Bedrooms: | | Marketing Source: | |
| Client Reference: | | Rent/Income: | 19 % |

ScorePLUS(SM) is designed as a useful predictor tool, but is not a guarantee of the future performance of an applicant. WARNING: A person must have permissible purpose under the Fair Credit Reporting Act(FCRA; 15 U.S.C. 1681-1681y) to obtain a consumer report. The FCRA provides that any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution, including fines and possible imprisonment. A consumer reporting agency may not prohibit users from disclosing the contents of the report directly to the consumer, however the FCRA under most instances does not require users to do so. It is recommended that users refer all consumer inquiries regarding the information contained in this report directly to CoreLogic SafeRent, Inc. The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA. More information about consumer report user's obligations is available at www.ftc.gov/credit.

CLF000089

### EXPERIAN CREDIT REPORT

August 28, 2017
3 : 52 PM

#### REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Property ID:** | NA678 | **Phone:** | 212-987-6445 |
| **Property Name:** | Hunter's Point South Commons-NHOP | **Fax:** | 212-736-6974 |
| **Request Date:** | 07/21/2015 | **Request Type:** | Credit |
| **Request ID:** | NB351796 | **Permissible Purpose:** | Resident Screening |
| **Process Date:** | 07/21/2015 11:14:58 | | |

#### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | CLAUDINNE FELICIANO | **Suffix:** | |
| **Current Address:** | 27 W 16 NEW YORK, NY 10011 | **SSN:** | xxx-xx-3658 |
| **Drivers License#:** | | **Drivers License State:** | |

### EXPERIAN CREDIT REPORT

```
TNA1 GAM 1956553    FELICIANO,CLAUDINNE xxxxx3658;CA-27 W 16/NEW YORK NY 10011;
Y-1979;T-29......;U-HUNTER'S POINT SOUTH CO,RR-BOTH1,H-Y;V-07;PARSED;PSUM


PAGE 1   DATE  7-21-2015  TIME 10:14:57  V901  TNJ1

 CLAUDINNE FELICIANO              SS: xxx-xx-3658     E: NYS REHABILATION
 27 W 16TH ST APT LK              DOB: xx/17/79       RPTD: 9-03 I
 NEW YORK NY 100116323
 RPTD: 11-07 TO 4-14 U 15X                            E: OFFICE OF THE ATTORNEY
 LAST SUB: 1253170                                    RPTD: 5-01 I

*128 JOY DR
 VALLEY COTTAGE NY 109892317
 RPTD: 9-97 TO 7-09 U 2X

*4125 PINELLA CIR APT 352
 WEST PALM BEACH FL 334106742
 RPTD: 5-05 TO 4-09 U 2X

----------------------------- PROFILE SUMMARY ------------------------------
                                                         CNT 16/07/08/26
 PUBLIC RECORDS-------0  PAST DUE AMT----$8,680  INQUIRIES---0  SATIS ACCTS--13
 INST/OTH BAL--$212,748  SCH/EST PAY-----$1,168+ INQS/6 MO---0  NOW DEL/DRG---1
 R ESTATE BAL-------N/A  R ESTATE PAY-------N/A  TRADELINE--18  WAS DEL/DRG---4
 TOT REV BAL----$19,785  TOT REV AVAIL-------0%  PAID ACCT--10  OLD TRADE--7-98

------------------------------ SCORE SUMMARY -------------------------------
 NEW NATIONAL RISK SCORE             =   209    SCORE FACTORS: 37, 05, 28, 08

---------------------------------- TRADES ----------------------------------
 SUBSCRIBER                  OPEN    AMT-TYP1   AMT-TYP2 ACCTCOND   PYMT STATUS
 SUB#   KOB TYP TRM ECOA BALDATE     BALANCE    PYMT LEVEL MOS REV  PYMT HISTORY
 ACCOUNT #                  LAST PD  MONTH PAY  PAST DUE  MAXIMUM   BY MONTH

*CITI                        8-08    $8,930-L  $10,540-C CHARGOFF    DELINQ 150
 xxxxx70 BC FSC REV   1  7-10-15     $12,777       6-13     (84) LLLLLLLLLLLL
                             1-13                $8,680   6-13/L  LLLLLLLLLLL
 ** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **

*AES/BRAZOS/US BANK         11-02    $3,073-O             REFINANC    CURR ACCT
 xxxxx39 EL EDU 169   1  7-31-12                  7-12     (99) BCCCCCCCCCCC
 xxxxx98372PA00002           7-12                                CCCCCCCCCCC
 ** ACCOUNT CLOSED DUE TO REFINANCE **

*AES/BRAZOS/US BANK         11-02    $15,095-O            REFINANC    CURR ACCT
 xxxxx39 EL EDU 169   1  7-31-12                  7-12     (99) BCCCCCCCCCCC
 xxxxx98372PA00001           7-12                                CCCCCCCCCCC
 ** ACCOUNT CLOSED DUE TO REFINANCE **
```

CLF000090

```
*ACS/US BANK              10-06    $38,164-O                    REFINANC
 xxxxx00 EL EDU 360    1 11-12-11               11-11    (19) BC5432CC-32CC
 xxxxx36581              10-11                                 CCCCCC
 ORIGINAL CREDITOR: NEXTSTUDENT DEUTSCHE BANK ELT
 ** ACCOUNT CLOSED DUE TO REFINANCE **

*MCYDSNB                  1-05     $100-L    $1,248-H    PAID    CUR WAS 90
 xxxxx30 DZ CHG REV    1  4-12-14                4-14    (45) B000000000C--
                          9-12                                 ------CCC321
 ** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **
 **CONSUMER STATEMENT**   Y   ITEM DISPUTED BY CONSUMER

*SUNTRUST BK S FL NA      5-06    $13,997-O              PAID    CUR WAS 30
 xxxxx24 BB AUT  54    1 12-29-10               12-10    (55) BCCCCCCC1CCCC
 xxxxx006071018672        12-10                                 CCCCCCCCCCCC
 **CONSUMER STATEMENT**   Y   ITEM DISPUTED BY CONSUMER

*SYNCB/AMAZON             6-09    $1,150-L      $98-H    PAID    CURR ACCT
 xxxxx94 DV CHG REV    1 10-15-09               10-09    ( 5) B-CC0
                         10-09
 ** ACCOUNT CLOSED AT CONSUMER'S REQUEST **

*BARCLAYS BANK DELAWARE   4-06    $2,500-L   $2,711-H    PAID    CURR ACCT
 xxxxx50 BC CRC REV    1  6-17-09                6-09    (39) BCCCCCCCCCCCC
                          6-09                                  CCCCCCCCCCCC
 ** ACCOUNT CLOSED AT CONSUMER'S REQUEST **
 **CONSUMER STATEMENT**   Y   ITEM DISPUTED BY CONSUMER

*AMEX                    10-98     $500-L    $1,724-H    PAID    CURR ACCT
 xxxxx00 BC CRC REV    1  4-22-09                4-09    ( 1) B

 ** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **

*AMEX                     7-98      UNK                  PAID    CURR ACCT
 xxxxx00 BC CRC REV    1  2-22-09                2-09    ( 1) B
                          6-06
 ** ACCOUNT CLOSED AT CONSUMER'S REQUEST **

 ACS/US BANK NA BRAZOS    9-03    $36,819-O              PAID    CURR ACCT
 xxxxx50 EL EDU 120    1 10-31-06               10-06    (38) BCCCCCCCCCCCC
 xxxxx36582              10-06                                  CCCCCCCCCCCC

*CAPITAL ONE BANK USA N   3-04    $4,000-L   $4,303-H    OPEN    CUR WAS 60
 xxxxx46 BC CRC REV    1  7-07-15    $4,008     7-14    (99) CC-CCCCCCCCCC
                          6-15       $122                      21CCCCCCC111

*CAPITAL ONE BANK USA N   2-06    $3,000-L   $3,305-H    OPEN    CUR WAS 60
 xxxxx46 BC CRC REV    1  7-07-15    $3,000    11-14    (99) CC-CCCCCC21CC
                          6-15        $58                       CCCCCCCCCCCC

 FED LOAN SERV            8-14   $105,256-O              OPEN    CURR ACCT
 xxxxx80 EL EDU 307    1  6-30-15  $107,814     6-15    (10) CCCCCCCCCC
 xxxxx6137FD00006         6-15       $491

 FED LOAN SERV           10-11    $26,563-O              OPEN    CURR ACCT
 xxxxx80 EL EDU 345    1  7-31-14   $28,482     7-14    (21) C-----CC-----
 xxxxx6137FD00003         7-14       $126                      CC---CCC

 FED LOAN SERV           10-11    $59,211-O              OPEN    CURR ACCT
 xxxxx80 EL EDU 345    1  7-31-14   $64,961     7-14    (21) C-----CC-----
 xxxxx6137FD00004         7-14       $290                      CC---CCC

 FED LOAN SERV            7-12    $9,616-O               OPEN    CURR ACCT
 xxxxx80 EL EDU  91    1  7-31-14    $9,718     7-14    (24) C-----CC-----
 xxxxx6137FD00002         7-14        $69                      CC---CCC-CC

 FED LOAN SERV            7-12    $1,790-O               OPEN    CURR ACCT
 xxxxx80 EL EDU  91    1  7-31-14    $1,773     7-14    (24) C-----CC-----
 xxxxx6137FD00001         7-14        $12                      CC---CCC-CC

 END -- EXPERIAN

--- End of Experian Report ---
```

**CLF000091**

CLF000092

| **REGISTRYCHECK REPORT** | | | August 28, 2017 |
|---|---|---|---|
| | | | 3 : 52 PM |
| **REPORT INFORMATION SECTION** | | | |
| **REPORT INFORMATION** | | | |
| Property ID: | NA678 | Phone: | 212-987-6445 |
| Property Name: | Hunter ' s Point South Commons-NHOP | Fax: | 212-736-6974 |
| Request Date: | 07/21/2015 | Request Type: | Landlord Tenant |
| Request ID: | NB351796 | Permissible Purpose: | Resident Screening |
| Process Date: | 07/21/2015 11:14:58 | | |
| **APPLICANT INFORMATION** | | | |
| Name: | CLAUDINNE FELICIANO | Suffix: | |
| Current Address: | 27 W 16 NEW YORK, NY 10011 | SSN: | xxx-xx-3658 |

| **REPORT SUMMARY** | | | |
|---|---|---|---|
| Report ID: | 0043955253 | Status: | Completed |
| **COURT RECORDS ON FILE** | | | |
| RECORD - 1 of 1 | | | |
| **Defendant/Respondent Information** | | | |
| Name: | CLAUDINNE FELICIANO | SSN: | |
| Address: | 27 W 16TH ST 3A NEW YORK NY 10011 | | |
| **Plaintiff/Petitioner Information** | | | |
| Name: | FM UNITED | Phone: | |
| **Case Details** | | | |
| Case Number: | LT-079004-14/NY | Case Type: | NON-PAYMENT |
| Suits: | 09/25/2014 | Description: | *CASE FILED |
| Claim Amount: | | Judgment Amount: | |
| File Date: | 09/25/2014 | | |
| Court: | MANHATTAN | County: | NEW YORK |
| **COURT DISCLAIMER** | | | |
| These court records do not mean that an applicant was evicted from an apartment or was found to owe rent. Lawsuits may be filed in error or lack merit. | | | |
| **Screened BY AppALERT(SM)** | | | |

WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA IMPOSES PENALTIES AGAINST ANYONE WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES, INCLUDING FINES, UP TO TWO YEARS IN PRISON OR BOTH. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT YOU FROM DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER. IT IS RECOMMENDED THAT YOU REFER ALL INQUIRIES REGARDING THE INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CORELOGIC SAFERENT CONSUMER REQUEST LINE: 1-888-333-2413.

CLF000093

| **CRIMSAFE REPORT** | | | August 28, 2017 |
|---|---|---|---|
| | | | 3 : 52 PM |
| **REPORT INFORMATION** | | | |
| **Property ID:** | NA678 | **Phone:** | 212-987-6445 |
| **Property Name:** | Hunter ' s Point South Commons-NHOP | **Fax:** | 212-736-6974 |
| **Request Date:** | 07/21/2015 | **Request Type:** | CrimSAFE |
| **Request ID:** | NB351796 | **Permissible Purpose:** | Resident Screening |
| **Process Date:** | 07/21/2015 11:15:01 | | |
| **APPLICANT INFORMATION** | | | |
| **Name:** | CLAUDINNE FELICIANO | **Suffix:** | |
| **SSN:** | xxx-xx-3658 | **DOB:** | 08/17/1979 |
| **Address:** | 27 W 16 NEW YORK, NY 10011 | | |
| **TRANSACTION(s) USED** | | | |
| **Request#** | **Type** | **State** | **County** |
| NB351797 | MULTISTATE MSSO | ** | ** |

**CRIMSAFE RESULT**

**BASED UPON YOUR COMMUNITY CRIMSAFE SETTINGS AND THE RESULTS OF THIS SEARCH, NO DISQUALIFYING RECORDS WERE FOUND.**

NOTE: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. A public record(s) may have been found with elements matching the information presented by your applicant. However, the record(s) found PASSES criminal history criteria you selected. If you choose to review the public record(s) found, it is your sole responsibility to compare identifying elements and/or to obtain additional verification of the information provided. Though records are obtained from the government public record sources, the ACCURACY AND COMPLETENESS OF THE INFORMATION IS NOT GUARANTEED. Remember, you must comply with your obligations under the federal Fair Credit Reporting Act, your Service Agreement, and other applicable federal, state and local laws.

**CLF000094**