# EXHIBIT 10
# (To Be Filed Under Seal)