# EXHIBIT 11
# (To Be Filed Under Seal)