# EXHIBIT 12
# (To Be Filed Under Seal)