# EXHIBIT 19

CASE# 69255

L & T NO. 14N079004

2014

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK  HOUSING PART

AMOUNT CLAIMED $ 5095.28

FM UNITED LLC

   Landlord

against

   Tenant

CLAUDINNE FELICIANO
27 W 16TH STREET  APT. 3A
NEW YORK NY  10011

   Undertenant

**NOTICE OF PETITION—NON-PAYMENT**
DWELLING

Attorneys for Petitioner
212 966-6804 OR 431-1300

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
377 BROADWAY, NEW YORK, NEW YORK 10013-3993

53

---

IMPORTANT TO TENANT: If you are dependent upon a person in the military service of the United States or of the State of New York, advise the clerk immediately in order to protect your rights.

---

**CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF** NEW YORK

CASE# 69255

L/T INDEX NO.

FM UNITED LLC    Petitioner

against

CLAUDINNE FELICIANO
27 W 16TH STREET   APT. 3A   Respondent (Tenant)
NEW YORK NY   10011   Address

Respondent (Undertenant)

HOUSING PART
**NOTICE OF PETITION**
Non-Payment of Rent
DWELLING

First name of Tenant and/or Undertenant being fictitious and unknown to petitioner. Person intended being in possession of the premises herein described.

To the respondent(s) above named and described, in possession of the premises hereafter described or claiming possession thereof:   PLEASE TAKE NOTICE that upon the annexed verified petition of

FM UNITED LLC

dated the 17TH day of SEPTEMBER 2014 The petitioner prays for a final judgement of eviction, awarding to the petitioner possession of premises described as follows:
ALL ROOMS   APT 3A   in premises known as and located at
27 W 16TH STREET    County of NEW YORK   in the City of New York, as demanded in the petition.

TAKE NOTICE also that demand is made in the petition for judgement against you for the sum of $ 5095.28 with interest from the date said sum or part thereof became due.

TAKE NOTICE also that WITHIN FIVE DAYS after service of this Notice of Petition upon you, you must answer, either orally before the clerk of this Court at
   County of NEW YORK   111 CENTRE STREET
City and State of New York, or in writing by serving a copy thereof upon the undersigned attorney for the petitioner, and by filing the original of such answer, with proof of service thereof, in the Office of the Clerk. Your answer may set forth any defense or counterclaim you may have against the petitioner unless precluded by law or rental agreement. On receipt of your answer, the clerk will fix and give notice of the date of trial or hearing which will be held not less than 3 nor more than 8 days thereafter, at which you must appear. If, after the trial or hearing, judgement is rendered against you, the issuance of a warrant dispossessing you may, in the discretion of the Court, be stayed for FIVE days from the date of such judgement.

TAKE NOTICE also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.
In the event you fail to answer and appear, final judgement by default will be entered against you but a warrant dispossessing you will not be issued until the tenth day following the date of service of this Notice of Petition upon you.

TAKE NOTICE, that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a rent deposit, or a rent payment to the petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 30 days of the first court appearance. Failure to comply within initial rent deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

CAROL ALT, CHIEF CLERK

DATED 9/18/14

       CLERK OF THE CIVIL COURT OF NEW YORK

ATTORNEYS FOR PETITIONER

FELICIANO 0001   BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.
377 BROADWAY, NEW YORK, NEW YORK 10013-3993

PETITION NON-PAYMENT OF RENT

| | |
|---|---|
| CASE# | 69255  2014 |
| L & T No. | 14N079004 |

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF   NEW YORK   HOUSING PART

AMOUNT CLAIMED $   5095.28                                    Landlord

FM UNITED LLC

                                    against                                Tenant

CLAUDINNE FELICIANO
27 W 16TH STREET        APT.3A
NEW YORK NY            10011                                Undertenant

PETITION NON-PAYMENT

DWELLING

NOTICE OF
PETITION SERVED ON _____ 20___
NOTICE OF
PETITION RETURNED ON_____ 20___
NOTICE OF
PETITION ISSUED ON _____ 20___
TENANT APPEARS ON _____ 20___

But fails to answer

Answer is _____
_____

SET FOR TRIAL ON _____ 20___
LANDLORD NOTIFIED ON_____ 20___

Sufficiency of answer referred.

TO COURT _____
   RAISES _____
                                       ISSUE _____

_____ Judge

Attorneys for Petitioner
212 966-6804 OR 431-1300

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
54   377 BROADWAY, NEW YORK, NEW YORK 10013-3993

---

THE PETITION OF   FM UNITED LLC                    upon information and belief shows that:

1. Petitioner is the landlord and           OWNER        of the premises.
2. Respondent(s)   CLAUDINNE FELICIANO                                        is(are)
   tenant(s) in possession of said premises pursuant to a rental agreement   IN WRITING     wherein
   respondent promised to pay to landlord as rent $     2450.00              each month in advance on
   the             1ST DAY              of each month.
3. Respondent(s) _____   the Undertenant of the aforesaid tenant(s).
4. Respondent(s) are now in possession of said premises. Said premises are           the residence
   of the tenant(s) and undertenants herein.
5. The premises from which removal is sought were rented for    DWELLING           purposes
   and are described as follows:   ALL  ROOMS                APT    3A in building known as
                27 W 16TH STREET           situated with the territorial jurisdiction of the Civil Court of
   New York, County of    NEW YORK
6. Pursuant to said agreement there was due from respondent tenant(s), the sum of    $5095.28
   in rent and additional rent as follows:
   2450.00  /AUG14    2450.00   /JUL14    15.00   /JUN14   180.28  /LEGAL
                                                                    FEES

   [STAMP: NEW YORK COUNTY CIVIL COURT SEP 25 2014 FEE PAID LANDLORD/TENANT]

7. Said rent has been demanded from the tenant(s)    BY 3 DAY NOTICE IN WRITING AND INCORPORATED
   since same became due.    HEREIN, A COPY WITH PROOF OF SERVICE IS ANNEXED HERETO.
8. Respondent(s) have defaulted in the payments thereof and continue in possession of the premises without permission after defaulting
9. The premises are                    a multiple dwelling and pursuant to the Housing Maintenance Code Article 41
   there is                            a currently effective registration statement on file with the Office
   of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and
   responsible for the maintenance & operation of the dwelling.
                                                                ( 212 )   837-4800   MDR#  139818
   AGENT-   ANDRESO REYNOSO           3 NEW YORK PLAZA 19THFL  New York, NY 10004

10. 7. The apartment is not subject to the New York City Emergency Housing Rent
    Control Law or the Rent Stabilization Law of 1969, as Amended, because the
    building of which the subject apartment is a part, was completed after
    January 1, 1974 and a new certificate of occupancy was issued by the
    Department of Buildings.

AGENT
WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded herein, plus interest, awarding possession of
the premises to petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together
with costs and disbursements of this proceeding.         9/17/14         FM UNITED LLC
DATED:       9/17/14                       STATE OF NEW YORK, COUNTY OF          NEW YORK
The Undersigned affirms under penalty of perjury that he is one of the attorneys for the Petitioner; that he has read the foregoing petition
and knows the contents thereof; that the same are true to his own knowledge except as to matters stated upon information and belief; and
as to those matters he believes them to be true.
The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows: statements and/or records
provided by petitioner, its agents and/or employees and contained in the file in the
attorney's office. This verification is made pursuant to the provisions of RPAPL 741.   BY: _____
                                                                                          DAVID NAPITUPULU

FELICIANO 0002