# EXHIBIT 22



May 22, 2007

New York State Office of Court Administration
Rensselaer Technology Park
125 Jordan Road
Troy, NY 12180
Attn: Gail Testo

Dear Ms. Testo:

Enclosed, please find the Service Agreement and Acknowledgement that you requested in your letter of May 22, 2007, for the purposes of updating our current agreement.

If you require anything additional, please feel free to contact me for further information.

Sincerely,

C. Michael Nath, Vice President of Operations
First Advantage SafeRent, Inc.
7300 Westmore Road, Suite 3
Rockville, MD 20850-5223
Phone Number: 1-888-881-3400, ext. 1916
Fax Number: (301) 294-7580
Email Address: Mnath@FADVSafeRent.com

OCA 000001

AGREEMENT FOR RECEIPT

OF

COMPUTERIZED RECORDS AND INFORMATION

In consideration of the receipt by _____

<u>First Advantage SafeRent, Inc.</u>_____ ("USER")

Of Landlord/Tenant Data from the HOUSING COURT INFORMATION SYSTEM, of the NEW YORK STATE UNIFIED COURT SYSTEM, 25 Beaver St., New York, New York 10004 ("UCS"), USER agrees as follows:

    1. This Agreement shall become effective when signed by USER and shall remain in effect until cancelled by either of the parties. UCS reserves the right to cancel this Agreement at any time upon fifteen (15) days written notice to USER. The USER reserves the right to cancel this Agreement at any time and for any reason, including the establishment of a new rate schedule by UCS which is deemed unacceptable by USER, upon thirty (30) days written notice to UCS.

    2. USER agrees to remunerate UCS for the data provided at the rates established by UCS, as detailed in the Rate Schedule in effect at the time the data is provided to USER. A copy of the Rate Schedule in effect when this Agreement is executed shall be provided to USER by UCS upon execution of this Agreement. UCS reserves the right to promulgate a new Rate Schedule at any time, and the new Rate Schedule shall apply as of the date of

1

promulgation. UCS shall provide USER with a written copy of the Rate Schedule whenever a new schedule is promulgated.

3. UCS shall invoice USER with each delivery of requested data. Said invoice shall detail the appropriate charges and shall be due and payable within thirty (30) days of its receipt. Payment shall be made to the New York State Unified Court System at the following address:

> New York State Office of Court Administration
> Rensselaer Technology Park
> 125 Jordan Road
> Troy, New York  12180

4. Upon execution of this Agreement, USER shall provide to The Division of Technology of the UCS at the address set forth in paragraph 3, written notice of the following:

   a. federal identification number;

   b. the frequency with which data should be provided to USER;

   c. the person and address to whom invoices should be sent;

5. USER agrees that it alone shall be liable to any person or organization for the use of the data received by USER from UCS pursuant to this Agreement and that UCS shall have no liability whatsoever for the receipt by USER of erroneous data maintained in the computerized records of UCS.

2

OCA 000003

6. USER further agrees to indemnify and hold harmless UCS, its officers and employees, from and against any and all claims, demands, actions, suits and proceedings brought by others and against any loss, cost, expense or damages resulting from the use by USER of the data received from UCS. Such indemnification shall include but not be limited to any liability for loss or damage by reason of any erroneous information received by USER from the computerized records of UCS.

7. USER further agrees that if the USER provides information derived from the Housing Court Information System to any other person or company for use in screening a person for eligibility to lease an apartment, or house, or obtain a mortgage, or for any other screening purpose, the USER agrees to provide the following disclaimer:

**NOTE:** A LAWSUIT IN HOUSING COURT DOES NOT NECESSARILY MEAN THAT A TENANT OWED RENT OR WAS EVICTED FROM AN APARTMENT.

|  |  |
|---|---|
| Accepted for: | First Advantage SafeRent, Inc. |
| By: | _[signature]_ |
|  | Signature |
| Federal ID # 52-1905406 | C. Michael Nath |
| or | Name |
| Social Security No. _____ | Operations Vice President |
|  | Title |
|  | 6/25/2007 |
|  | Date |

(Rev. 5/07)

3

OCA 000004

A C K N O W L E D G M E N T

STATE OF Maryland } ss.:
COUNTY OF Montgomery

On the 25th day of June 2007, personally came C. Michael Nath , to me known, who, being by me duly sworn, did depose and say that s/he reside in Gaithersburg, MD , that s/he is the Operations VP of First Advantage SafeRent, Inc. , the corporation described in and which executed the above instrument; and that s/he is authorized to execute the above instrument on behalf of said corporation.

*Leah Caro*
NOTARY PUBLIC
LEAH CARO

My Commission expires 4/1/10.



4

OCA 000005

**Michael J. Siudzinski**

| | |
|---|---|
| **From:** | Gonzalez, Gerardo <gergonzalez@corelogic.com> |
| **Sent:** | Thursday, July 20, 2017 10:02 AM |
| **To:** | Gail Testo |
| **Cc:** | Susanne Sloan |
| **Subject:** | RE: NY LT - FTP - CoreLogic RPS |

That'll work. Thank you.

**Gerardo (Jerry) Gonzalez**
Sr. Associate, Data Acquisition Support
**CoreLogic Rental Property Solutions LLC**
Enterprise Data Group
**Direct** 949-214-1372
gergonzalez@corelogic.com

corelogic.com
**Our Vision:** Deliver unique property-level insights that power the global real estate economy

**From:** Gail Testo [mailto:GTESTO@nycourts.gov]
**Sent:** Thursday, July 20, 2017 7:00 AM
**To:** Gonzalez, Gerardo <gergonzalez@corelogic.com>
**Cc:** Susanne Sloan <ssloan@nycourts.gov>
**Subject:** FW: NY LT - FTP - CoreLogic RPS

Good Morning Mr. Gonzalez,

I am in receipt of your decision to cancel the data feed that you currently receive from NYS Unified Court System.   As per the contract, we require a thirty day notice.   Thus your last invoice will be invoiced for 30days from July 19th, which is August 18th.

We will send out your last invoice shortly and cancel your feed effective August 18, 2017.

Thank you,
Gail Testo

**From:** Gonzalez, Gerardo [mailto:gergonzalez@corelogic.com]
**Sent:** Wednesday, July 19, 2017 4:30 PM
**To:** Security Administration Unit <SecurityAdminUnit@nycourts.gov>; Kwok Tse <ktse@nycourts.gov>
**Subject:** NY LT - FTP - CoreLogic RPS

Hello,

I wanted to reach out to let you know that at this time the company has decided it will no longer be acquiring this data from your office.

If there is any change in this, I will reach out to you.

1

OCA 000035

2

I will go ahead and process this last invoice and advise when payment goes out, but we should be shut off thereafter.

Thanks,

**Gerardo (Jerry) Gonzalez**
Sr. Associate, Data Acquisition Support
**CoreLogic Rental Property Solutions LLC**
Enterprise Data Group
**Direct** 949-214-1372
gergonzalez@corelogic.com

corelogic.com
**Our Vision:** Deliver unique property-level insights that power the global real estate economy

OCA 000036