# EXHIBIT 23

```
CIVIL COURT OF THE CITY OF NEW YORK          INDEX NO. L&T  79004/14
COUNTY OF NEW YORK
-----------------------------------X
FM UNITED, LLC                                          NOTICE OF
                                                      DISCONTINUANCE
                PETITIONER-LANDLORD

        AGAINST

CLAUDINNE FELICIANO
27 W 16TH STREET           APT. 3A
NEW YORK NY         10011

                RESPONDENT-TENANT(S)
-----------------------------------X
```

PLEASE TAKE NOTICE, that pursuant to CPLR 3217(a)(1) Petitioner hereby discontinues the above-referenced proceeding without prejudice.

Dated:  New York, New York
        OCTOBER 02, 2014

*NYC CIVIL COURT / NEW YORK COUNTY / JAN 8 2019 / CERTIFIED COPY OF ORIGINAL PAPER ON FILE*

```
                            Yours etc.,

                            BORAH, GOLDSTEIN, ALTSCHULER,
                            NAHINS & GOIDEL, P.C.
                            Attorneys for Petitioner
                            377 Broadway
                            New York, New York 10013
                            (212) 431-1300


                            _____
                            TODD I. NAHINS
```

*CIVIL COURT / NEW YORK COUNTY / LANDLORD/TENANT / 2014 OCT -7 AM 9:56*

```
TO: CLAUDINNE FELICIANO
    Respondent-Tenant Pro-se
    27 W 16TH STREET        APT. 3A
    NEW YORK NY       10011
```

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

N69255