# EXHIBIT 24

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART

FM UNITED LLC,

          Petitioner-Landlord,

-against-

CLAUDINNE FELICIANO
27 West 16th Street, Apt. 3A
New York, NY 10011,

          Respondent-Tenant.

Index No. L&T 79004/14

**NOTICE OF APPEARANCE AND STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

PLEASE TAKE NOTICE that respondent CLAUDINNE FELICIANO hereby appears in this proceeding by FISHMAN ROZEN, LLP and demands that all papers be served upon the undersigned at the address set forth below.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, represented by counsel, as follows:

1. The proceeding is hereby discontinued **WITH** prejudice.
2. The petitioner consents to the deletion of any information regarding this proceeding from the database of any credit reporting agency.
3. Electronic signatures may be deemed original for purposes of this stipulation.

Dated:    September 21, 2016
           New York, New York

_____
TODD NAHINS
BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
377 Broadway
New York, New York 10013
(212) 431-1300
Attorneys for Petitioner

SO ORDERED _____
                          J.H.C.

*James B. Fishman*
_____
JAMES B. FISHMAN
FISHMAN ROZEN, LLP
305 Broadway, Suite 900
New York, NY 10007
(212) 897-5840
Attorneys for Respondent

OCA 000046