# EXHIBIT 28



# [Search] Case Activity - LT-079004-14/NY - (P) FM UNITED LLC vs. (R) FELICIANO, CLAUDINNE *View Only*

**Index #:** LT-079004-14/NY  
**Cal #:**  
**(P) FM UNITED LLC vs. (R) FELICIANO, CLAUDINNE**

Tabs: Summary | Parties | Service | Claim Info | Events | Motions | Decisions | Judgments | Court Dates | Forms | Appeals | Subpoenas | Stay/Misc

**Initiating Event:** Conversion - Petition - Notice of...  
**Filed Date:** 09/25/2014  
**Status:** Disposed  
**Disposed Date:** 05/29/2015  
**Disposed Reason:** Conversion - Inactive  
**Disposed By:** Office, Clerk's  
**Assigned Judge:**

**Case Identifier(s):** Residential, Non-Payment  
☐ City Case ☐ Jury Demand

**Claim(s):**  
Monetary Total: $5,095.28  
☐ Multiple Claims  
☐ Counterclaim(s)  
☐ Cross Claim(s)

Outstanding Subpoenaed Recs  
Decision Rsvd Due Date:

## Party Info:

| Party Name | Attorney Name | Party Status | Answer Filed | 1st Paper Served | Debtor/Creditor |
|---|---|---|---|---|---|
| (P) FM UNITED LLC | BORAH, GOLDSTEIN, ALTSCHULLER, NAHIN | Disposed | | | |
| (R) FELICIANO, CLAUDINNE | Fischman & Fischman | Disposed | | | |

## Future Court Dates:

| Appr Date | Time | Part(Room) | Judge | Purpose | Party Filing Motion |
|---|---|---|---|---|---|

## Last Court Date:

| Appr Date | Part(Room) | Heard By | Purpose | Outcome(s) |
|---|---|---|---|---|

## Entered Judgments:

| Entered D... | Seq | Judgment Highlight | Total Amount | Status | Warrant Info | Transcript Issued |
|---|---|---|---|---|---|---|