Troutman Sanders LLP
Troutman Sanders Building, 1001 Haxall Point
Richmond, VA 23219

**troutman sanders**

troutman.com

Timothy J. St. George
D 804.697.1254
tim.st.george@troutman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2020

So ordered.

January 30, 2020 /s/ Alvin K. Hellerstein
1-30-20

**VIA FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Court
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Claudine Feliciano v. CoreLogic Rental Property Solutions, LLC*
Case No. 1:17-cv-05507-AKH
Letter Seeking Adjournment of Status Conference

Dear Judge Hellerstein:

On January 24, 2020, the parties in the above-captioned matter attended a status conference. At the January 24 conference, the Court set a further status conference for February 28, 2020, which overrode the next status conference that had previously been set by the Court for March 6, 2020. This past week, I had a personal conflict arise relating to a medical appointment that has been set for February 28, 2020. Thus, I asked that the parties agree to adjourn the February 28 conference and restore the March 6 conference. Counsel for Plaintiff agreed to that adjournment.

Thus, the parties jointly request that the next status conference in this case be reset from February 28, 2020 at 10:00 a.m. until March 6, 2020 at 10:00 a.m. This is the first request for such an extension, and it will not affect any other deadline in this case.

Respectfully submitted,

/s/

Timothy J. St. George

*Counsel for Defendant CoreLogic
Rental Property Solutions, LLC*