UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

**CLAUDINNE FELICIANO,**

        **Plaintiff,**

        -against-

**CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC**

        **Defendant.**

------------------------------------------------------------------------X

Case No. 1:17-cv-5507

### PLAINTIFF'S NOTICE OF MOTION FOR MOTION FOR APPROVAL OF AN ORDER PRELIMINARILY APPROVING THE PROPOSED CLASS ACTION SETTLEMENT, THE CLASS NOTICE PLAN, AND APPOINTMENT OF SETTLEMENT ADMINISTRATOR

**PLEASE TAKE NOTICE THAT** Plaintiff Claudinne Feliciano on her own behalf and on behalf of the class certified in this action by this Court's Order of July 29, 2019 (Docket No. 89), by and through her counsel, hereby moves this Court for an Order Preliminarily Approving the Proposed Class Action Settlement, the Class Notice Plan, and Appointment of Settlement Administrator for the proposed settlement set forth in the Settlement Agreement attached as Exhibit A to the accompanying Declaration of Seth R. Lesser filed contemporaneously herewith ("Lesser Dec."). Defendant CoreLogic SafeRent, LLC n/k/a CoreLogic Rental Property Solutions, LLC ("Defendant"), agrees to, and does not oppose this Motion.

More specifically, Plaintiff respectfully requests that the Court enter the relief set forth in the proposed Order Preliminarily Approving Settlement And Directing Notice To Class, consented to by Defendant and attached as Exhibit 3 to the Settlement Agreement (Exhibit A to the Lesser Dec.) (copy also attached hereto), which will, *inter alia*, (1) preliminarily approve the

proposed class Settlement; (2) authorize the sending of the proposed settlement Notice attached as Exhibit 3 to the Settlement Agreement (Exhibit A to the Lesser Dec.); (3) appoint American Legal Claims LLC as the Settlement Administrator for the proposed settlement; and (4) establish a date for a final approval and fairness hearing.

In support of this relief, Plaintiff has contemporaneously filed the accompanying Declaration of Seth R. Lesser and a memorandum of law in support of this motion.

Dated: August 28, 2020  
Rye Brook, New York

Respectfully submitted,

By: */s/ Seth R. Lesser*  
 Seth R. Lesser  
Jeffrey A. Klafter  
KLAFTER OLSEN & LESSER LLP  
Two International Drive, Suite 350  
Rye Brook, New York 10573  
Telephone: (914) 934-9200  
www.klafterolsen.com

James B. Fishman  
FishmanLaw, PLLC  
400 Madison Avenue, 19th Floor  
New York, New York 10017  
Telephone: (212) 897-5840  
www.fishmanlawnyc.com

*Attorneys for Plaintiff and the Class*