UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x    Case No. 17-CV-5507 (AKH)
CLAUDINNE FELICIANO,
Individually and on behalf of all others
similarly situated,

        Plaintiff,

   -against-

CORELOGIC SAFERENT, LLC,
a/k/a CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

        Defendant.
------------------------------------------------------------x

## PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS, AND INCENTIVE AWARD TO NAMED PLAINTIFF

**PLEASE TAKE NOTICE THAT** Plaintiff Claudinne Feliciano on her own behalf and on behalf of the class certified in this action by this Court's Order of July 29, 2019 (Docket No. 89), by and through her counsel, hereby moves this Court for an Order Finally Approving the Proposed Class Action Settlement, the award of attorneys' fees and costs, and an incentive award to Named Plaintiff Feliciano. Defendant CoreLogic SafeRent, LLC n/k/a CoreLogic Rental Property Solutions, LLC ("Defendant"), agrees to, and does not oppose this Motion.

More specifically, Plaintiff respectfully requests that the Court enter the relief set forth in the proposed Final Approval Order and Judgment, which will, *inter alia*, (1) finally approve the proposed class Settlement; (2) determine Class Counsel attorneys' fees and costs; and (3) determine a service award for the Named Plaintiff.

In support of this relief, Plaintiff has contemporaneously filed the accompanying

Declaration of Seth R. Lesser, with its accompanying exhibits, and a memorandum of law in support of this motion.

Dated:  February 8, 2021
Rye Brook, New York

Respectfully Submitted,

By: */s/ Seth R. Lesser*
Seth R. Lesser
Jeffrey A. Klafter
Amir Alimehri
**KLAFTER OLSEN & LESSER LLP**
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
F. (914) 934-9220
E. jak@klafterolsen.com
seth@klafterolsen.com
amir.alimehri@klafterolsen.com

James B. Fishman
**FishmanLaw, PLLC**
400 Madison Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 897-5840

*Attorneys for Plaintiff and the Class*